**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NO. 4:19-CR-00059-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **ORDER TO SEAL** |
| **PAMELA GRACE FAULKNER,** | ) | |
| **DEFENDANT.** | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby

ORDERS the Defendant's Motion to Continue Sentencing and the Court's Order

approving the motion filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the

Defendant's Counsel.

This the __14th__ day of February, 2020.


_____
LOUISE W. FLANAGAN
United States District Judge